| | |
|---|---|
| 1 | JAMES R. HOMOLA  #60244 |
|   | Attorney at Law |
| 2 | 2950 Mariposa, Suite 250 |
|   | Fresno, California 93721 |
| 3 | Telephone: (559) 441-7111 |
| 4 | Attorney for Defendant |
|   | DAMIEN GUNN |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | Case No. 1:15-CR-0191 LJO |
| vs. | | |
| | | STIPULATION AND |
| DAMIEN GUNN | | ORDER TO CONTINUE |
| | Defendant. | |

Defendant DAMIEN GUNN by and through his attorney, James Homola, and the United States of America, by and through its attorney, KAREN ESCOBAR, Assistant U.S. Attorney, hereby stipulate to the following request:

That the hearing scheduled for July 6, 2017 be continued to July 13, 2017 at 2:00 pm.  The continuance is requested to permit the appearance of appointed counsel.

DATED: June 21, 2017

/s/ James R. Homola          /S/ Kimberly A. Sanchez
JAMES R. HOMOLA              KAREN A. ESCOBAR

Attorney for Defendant        Assistant U.S. Attorney
DAMIEN GUNN

### ORDER

**IT IS SO ORDERED.** The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  **June 30, 2017**              /s/ *Eric P. Gross*
                                       UNITED STATES MAGISTRATE JUDGE